**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

In Re:                                                   No: DG 11-03274
      Michael R. and Mary P. Brewer            Chapter 13 Proceeding
                                                  Filed: 3-28-11

      Debtor.
_____/

PETITION FOR INTERIM ALLOWANCE OF FEES
FOR ATTORNEY FOR THE DEBTOR.

The Debtor's Chapter 13 Petition was filed on March 28, 2011.

Applicant is seeking compensation pursuant to 11 USC § 503(b).

The Debtors have acknowledged the need for legal representation. Keller & Almassian, PLC has agreed to provide legal services to the Debtor at the hourly rate of $220.00 per hour for partners, James M. Keller, A. Todd Almassian and Michael D. Almassian; $200.00 per hour for associates, Greg J. Ekdahl and James R. Oppenhuizen and $175.00 for associate Benjamin M. White; and $90.00 per hour for paralegals. Keller & Almassian, PLC holds in trust a retainer paid by Debtors in the amount of $0.00.

The names of the applicant's attorneys requesting fees and hourly rates are: James M. Keller at $220.00 per hour and Greg J. Ekdahl and James R. Oppenhuizen at $200.00 per hour. The names of applicant's paralegals requesting fees and hourly rates are: Sarah R. Reiniche, Sarah J. Kuklewski, and Nicole Zuidema, each at $90.00 per hour. The hourly rate has not changed from the previously disclosed rate. The applicant charges the same rates for similar services provided to non-bankruptcy clients.

This is the first application for compensation and reimbursement of expenses. The total fees requested are $6,070.00; the total expenses requested are $389.73; fees and expenses in the amount of $3,150.00 were previously approved at confirmation; approved fees and expenses remain due in the amount of $3,309.73.

This application is not filed less than 120 days after prior application to the Court.

Services and expenses covered by this application cover the time period from December 27, 2010 to September 7, 2011.

CASE STATUS

Debtors' Chapter 13 plan has been confirmed. The Chapter 13 payments are being made. There is no dismissal motion pending.

PROJECT SUMMARY

Attached hereto, please find the itemized time and service entries for professional and paraprofessional services rendered.

EVALUATION STANDARDS

Petitioner, the law firm of Keller & Almassian, PLC, of Grand Rapids, Michigan, respectfully represents that it has acted as Attorneys for the Debtors in the captioned proceeding; that in such capacity, it has performed the services particularly enumerated in the itemized statement of account annexed hereto and made a part of this petition; that such services have actually been rendered in aid of administration; that this petition is the petition for compensation filed by Keller & Almassian, PLC; that services provided were reasonable and necessary at the time they were rendered; and that this petition complies with all provisions of 11 USC § 330(a).

WHEREFORE, Petitioner prays for an entry of an Order authorizing payment of additional fees and expenses set forth in said itemized statement, in the total amount of $3,309.73 from the Chapter 13 Trustee.


Dated: September 7, 2011                /s/ Greg J. Ekdahl
                                        By:  Greg J. Ekdahl P67768
                                        2810 E. Beltline Lane NE
                                        Grand Rapids, MI 49525
                                        (616) 364-2100

<u>CERTIFICATION</u>

   Greg J. Ekdahl, being first duly sworn deposes and says that he is a member of the law firm of KELLER & ALMASSIAN, PLC; that he has executed and now verifies the petition above described, being authorized to do so, and having knowledge of the facts; that he has read said Petition by him subscribed and believes the contents thereof to be true and accurate; that he has personally reviewed the fee application on an item by item basis and in the exercise of billing judgment believes the statement to be accurate and reasonable in light of the work performed and the results obtained. This applicant further certifies that the Debtors have been mailed a copy of the itemization of time and expenses and a proposed Order on or before the date of filing of this application. Deponent further says that no understanding exists for a division of fees between the petitioner and the Debtors and/or any other person.

         <u>/s/ Greg J. Ekdahl</u>
         Greg J. Ekdahl P-67768

Subscribed and Sworn to before me on this 7th day of September, 2011.

         <u>/s/ Gayle Rebecca Greeley</u>
         Gayle Rebecca Greeley
         Notary Public, Ottawa County
         Acting in the County of Kent
         My Commission Expires: July 13, 2013.

SUMMARY SHEET

In Re:  No: DG 11-03274
　　　　　Chapter 13 Proceeding
　　Michael R. and Mary P. Brewer,　Filed: 3-28-2011

　　　Debtors.
_____/

| | | |
|---|---|---|
| Fees Previously Requested: | $ | 0.00 |
| Fees Previously Awarded: | $ | 3,150.00 |
| | | |
| Expenses Previously Requested: | $ | 0.00 |
| Expenses Previously Awarded: | $ | 0.00 |
| Retainer Paid: | $ | 0.00 |

Name of Applicant:　KELLER & ALMASSIAN, PLC
Role in Case:　Attorneys for Debtors

Current Application:　Fees Requested:　$　2,920.00
　　　　　　　　　　　Expenses Requested:　$　389.73

FEE APPLICATION

_____

| | Year Admitted To Practice | Hours Billed | Rate | Total for Application |
|---|---|---|---|---|
| **PARTNERS:** | | | | |
| James M. Keller | 1984 | 0.9 | $220.00/Hr. | $ 198.00 |
| A. Todd Almassian | 1996 | 0.0 | $220.00/Hr. | $ 0.00 |
| Michael D. Almassian | 2001 | 0.0 | $220.00/Hr. | $ 0.00 |
| | | | | |
| **ASSOCIATES:** | | | | |
| Greg J. Ekdahl | 2004 | 21.4 | $200.00/Hr. | $ 4,280.00 |
| James R. Oppenhuizen | 2005 | 1.3 | $200.00/Hr. | $ 260.00 |
| Benjamin M. White | 2008 | 0.0 | $175.00/Hr. | $ 0.00 |
| | | | | |
| **PARALEGALS:** | | | | |
| Sarah R. Reiniche | | 6.6 | $ 90.00/Hr. | $ 594.00 |
| Sarah J. Kuklewski | | 0.2 | $ 90.00/Hr. | $ 18.00 |
| Nicole M. Zuidema | | 8.0 | $ 90.00/Hr. | $ 720.00 |

TOTAL HOURS BILLED:　23.6 Hours　　　TOTAL BLENDED HOURS: $200.76
　　(Excluding Paraprofessionals)　　　(Excluding Paraprofessionals)

Client: Michael R. and Mary P. Brewer
Case No: DG 11-03274

## **ITEMIZATION OF EXPENSES**

| | | |
|---|---|---|
| 03/23/11 | CHAPTER 13 FILING FEE | 274.00 |
| 03/23/11 | GREENPATH DEBT SOLUTIONS - Bankruptcy Services Briefing/Education Materials | 50.00 |
| 03/29/11 | Photocopies | 5.40 |
| 03/29/11 | Postage | 11.88 |
| 04/29/11 | PACER CHARGES | 4.56 |
| 05/13/11 | Postage | 0.64 |
| 05/16/11 | Photocopies | 22.20 |
| 05/16/11 | Postage | 16.28 |
| 05/27/11 | PACER CHARGES | 2.96 |
| 07/07/11 | Photocopies | 1.20 |
| 07/07/11 | Postage | 0.61 |

Client: Michael R. and Mary P. Brewer
Case No: DG 11-03274

Expenses as Itemized:                     $389.73

Attorney and Paralegal Hours:

JMK     0.9 Hours
GJE     21.4 Hours
JRO     1.3 Hours
SRR     6.6 Hours
SJK     0.2 Hours
NMZ     8.0 Hours

      TOTAL HOURS:  38.40

| | | |
|---|---|---|
| Fees Requested: | | $6,070.00 |
| Expenses Requested: | + | $ 389.73 |
| Total Fees and Expenses | = | $6,459.73 |
| Less Fees and Expenses Approved At Confirmation | - | $3,150.00 |
| **TOTAL FEES AND EXPENSES REQUESTED** | = | $3,309.73 |

Rate of Attorneys and Paralegals at time of filing:

JMK   $220.00 per hour
GJE   $200.00 per hour
JRO   $200.00 per hour
SRR   $90.00 per hour
SJK   $90.00 per hour
NMZ   $90.00 per hour