**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In Re:                                                   No: DG 11-03274
                                                              Chapter 13 Proceeding
Michael R. & Mary P. Brewer           Filed: 3-28-11
17045 Bass Lake Ave
Gowen MI 49326
xxx-xx-9061 xxx-xx-5804
        Debtor.
_____/

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO
RULE 2016—AND NOTICE OF RIGHT TO OBJECT

      Notice is hereby given that the following professional persons have made their first application to the Bankruptcy Court for the allowance of additional fees and expenses as listed below:

| Professional: | No Look Fee Approved at Confirmation | Additional Fees and Expenses Requested | Total Expenses in Petition | Total Fees In Petition |
|---|---|---|---|---|
| Keller & Almassian PLC<br>2810 E. Beltline Lane NE<br>Grand Rapids, MI 49525 | $3,150.00 | $3,309.73 | $389.73 | $2,920.00 |

      PLEASE NOTE: The application is available for public review at the Clerk's Office, One Division North, Grand Rapids, MI, Monday – Friday from 8:00 a.m. to 4:00 p.m.  No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court.  If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection.  In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with:
US Bankruptcy Court
One Division Ave. NW, Room 200
Grand Rapids, MI 49503.

      A copy of any objection must also be served upon Keller & Almassian, PLC, 2810 E. Beltline Lane NE, Grand Rapids, MI 49525.

Date Notice Served:      9-7-11                         /s/ Greg J. Ekdahl
                                                                               Keller & Almassian, PLC
                                                                               By: Greg J. Ekdahl P67768