## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:                                                                No: DG 11-03274
                                                                             Chapter 13 Proceeding
Michael R. & Mary P. Brewer,                              Filed: 3-28-11

        Debtors.
_____/

### ORDER FOR INTERIM ALLOWANCE OF FEES

Present: Hon. Scott W. Dales

THIS MATTER having come upon the first itemized Petition of Keller & Almassian, PLC, attorneys for Debtors for the interim allowance of fees and expenses in the total amount of $6,459.73; that $3,150.00 was previously approved by confirmation order without an itemization; notice of same having been served upon the Debtors, Trustee and all other interested parties of record and no adverse interest appearing, NOW THEREFORE,

IT IS ORDERED that Keller & Almassian, PLC's petition for the interim allowance of additional fees and expenses be granted in the amount of $3,309.73.

IT IS FURTHER ORDERED that said fees and expenses may and are authorized to be paid by the Trustee in the Debtors' proceeding as a claim entitled to priority under 11 USC § 507 and 11 USC § 503(b).

IT IS FURTHER ORDERED that a copy of the within Order be served by ordinary mail upon the Debtor, Debtor's Counsel, Chapter 13 Trustee and any other parties as the Court may direct.

### END OF ORDER

_____
Debtor


_____
Debtor