# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:                                           No: DG 11-03274
                                                       Chapter 13 Proceeding

Michael R. & Mary P. Brewer,         Filed: 3-28-11

        Debtors.
_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN      )
                                   )
COUNTY OF KENT         )

        Sarah Reiniche, being duly sworn, deposes and says that on the 7th day of September, 2011, she served a true copy of the Notice of Creditors and Other Parties in Interest of Application for Professional Fees Pursuant to Rule 2016 – and Notice of the Right to Object upon the following:

                All those listed on the Court's Matrix on file,
                Chapter 13 Trustee, Debtors and the US Trustee.

        By depositing same in ordinary US Mail, postage pre-paid, at Grand Rapids, Michigan.

        Testatrix further provides that she sent a copy of the entire Petition for Interim Allowance of Fees and all attachments via Electronic Mail to the US Trustee and Chapter 13 Trustee. A copy of same was sent via US Mail to Debtor (s).

                                                      /s/ Sarah Reiniche
                                                        Sarah Reiniche

Subscribed and sworn to before me on this 7th day of September, 2011

                                                       /s/ Gayle Rebecca Greeley
                                                       Gayle Rebecca Greeley
                                                       Notary Public, Ottawa County, MI
                                                       Acting in the County of Kent
                                                       My Commission Expires: 07-13-2013