**Keller & Almassian, PLC**
Attorneys and Counselors at Law
2810 East Beltline Lane N.E.
Grand Rapids, Michigan 49525
(616) 364-2100
FIN 38-3443880

Michael & Mary Brewer
17045 Bass Lake Avenue
Gowen, MI  49326

September 7, 2011

Invoice Number:   25819

Federal ID:   38-3443880

# INVOICE

Our File          8074
Brewer, Michael & Mary

**For Legal Services Rendered**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/10 | GJE | review initial intake information with NMZ.  Meet with intake to review financial and bankruptcy options. Discuss chapter 13 and chapter 7 notices, fees, disclosure and procedure.  review assets and potential issues.  Discuss follow up with paralegal. Direct correspondence regarding initial meeting and options. | 1.00 | 200.00 | 200.00 |
| 12/27/10 | NMZ | Met with clients to review options for bankruptcy; refer to Attorney Ekdahl. | 1.00 | 90.00 | 90.00 |
| 12/28/10 | NMZ | Draft correspondence to client regarding intake follow up. | 0.20 | 90.00 | 18.00 |
| 02/21/11 | GJE | Review information from client regarding military disability. review applicable statutory law under 10 USC 101 and 38 USC 3741 to determine applicability for possible means test treatment. | 0.40 | 200.00 | 80.00 |
| 02/21/11 | GJE | Meet with NMZ to discuss case issues, income and means test issues.  Direct follow up with client. | 0.10 | 200.00 | 20.00 |
| 02/21/11 | NMZ | Meet with Attorney Ekdahl to discuss status and telephone call to client. | 0.20 | 90.00 | 18.00 |
| 02/22/11 | GJE | Discuss documents and timing issues with NMZ and review 2010 tax return issues. | 0.10 | 200.00 | 20.00 |

September 7, 2011                                                                                                          Page 2
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/23/11 | GJE | Meet with NMZ to review updated documents and information from client and military disability timing and potential lump sum military payout and potential effect on Chapter 13 options. Direct NMZ follow up with client. | 0.30 | 200.00 | 60.00 |
| 03/01/11 | NMZ | Draft correspondence to clients regardign status and documents needed. | 0.20 | 90.00 | 18.00 |
| 03/09/11 | GJE | Meet with Ms. N. Zuidema to review case status and discuss remaining issues. | 0.10 | 200.00 | 20.00 |
| 03/14/11 | GJE | Review income current monthly income calculations for client and effect of social security and military disability payments. Meet with Ms. N. Zuidema to discuss and review Means Test treatment of social security income and effects on plan. | 0.20 | 200.00 | 40.00 |
| 03/14/11 | GJE | Revise correspondence to client regarding remaining documents needed from client and procedure remaining. | 0.10 | 200.00 | 20.00 |
| 03/14/11 | NMZ | Review file and prepare pleadings for attorney review. | 1.50 | 90.00 | 135.00 |
| 03/14/11 | NMZ | Research Access Kent for real property information. | 0.20 | 90.00 | 18.00 |
| 03/14/11 | NMZ | Draft correspondence to client regarding status. | 0.20 | 90.00 | 18.00 |
| 03/15/11 | GJE | Review draft of Chapter 13 pleading. Make revisions and corrections to school, statement of financial affairs, plan and pleading. Meet with Ms. N. Zuidema to review case issues and direct revisions. | 0.40 | 200.00 | 80.00 |
| 03/15/11 | GJE | Review unemployment income anticipated termination and potential step plan issue. Calculate timing and projected 100% plan possibility. Review potential issue with Ms. N. Zuidema. | 0.20 | 200.00 | 40.00 |
| 03/18/11 | NMZ | Telephone call with client regarding documents outstanding and scheduled appointment for signing. | 0.20 | 90.00 | 18.00 |
| 03/21/11 | GJE | Review information from Ms. N. Zuidema regarding mortgage arrears of client. Review budget issues and possible payoff treatment. Review and discuss with client regarding income status. Discuss mortgage and budget issues with Ms. N. Zuidema and direct follow-up. | 0.20 | 200.00 | 40.00 |

September 7, 2011                                                                                                                                   Page 3
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/11 | GJE | Review draft of revised Chapter 13 pleading and updated revisions and further revise budget and updated issues regarding income services. Meet to discuss with Ms. Zuidema. | 0.40 | 200.00 | 80.00 |
| 03/22/11 | GJE | Review NADA values for client vehicle to determine cram down value. Verify non-910 date of requisition. Meet with Ms. N. Zuidema to discuss vehicle creditors and plan treatment. | 0.20 | 200.00 | 40.00 |
| 03/22/11 | NMZ | Revise Schedules and plan and prepare file for signing. | 0.70 | 90.00 | 63.00 |
| 03/24/11 | JRO | Review and revise pleadings, schedules, Statement of financial affairs, plan etc. prior to signing appointment. | 0.50 | 200.00 | 100.00 |
| 03/24/11 | NMZ | Telephone call with client regarding appointment and income questions. | 0.10 | 90.00 | 9.00 |
| 03/24/11 | NMZ | Update pleadings and prepare for appointment with client. | 0.60 | 90.00 | 54.00 |
| 03/25/11 | JRO | Meet with clients to discuss issues in case and review pleadings, schedules, etc for accuracy and completeness; Sign and authorize filing. | 0.80 | 200.00 | 160.00 |
| 03/25/11 | NMZ | Met with clients to review amend and sign pleadings. | 1.50 | 90.00 | 135.00 |
| 03/28/11 | GJE | Meet with Attorney Oppenhuizen to discuss follow-up issues to signing and various income and payment assignments. Discuss follow-up regarding documents. | 0.20 | 200.00 | 40.00 |
| 03/28/11 | GJE | Review final pleadings signed by client. Meet with Ms. N. Zuidema to review pleading and changes to plan, budget and 100% plan treatment. Direct follow-up to file and send. Discuss possible plan amendments. | 0.30 | 200.00 | 60.00 |
| 03/28/11 | NMZ | Prepare and file pleadings via ECF. | 0.10 | 90.00 | 9.00 |
| 03/28/11 | NMZ | Telephone call to Saxon Mortgage Co. with bankruptcy information, creditor wouldn't speak to me without client ok, telephone call to client to inform and email Notice of FIling to clients. | 0.20 | 90.00 | 18.00 |
| 03/29/11 | NMZ | Correspondence to clients with Notice of FIling and copy of pleadings. | 0.20 | 90.00 | 18.00 |

September 7, 2011                                                                                                        Page 4
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 03/30/11 | GJE | Review e-mail from Trustee's office regarding various procedures and case issues. Direct to client for review. | 0.10 | 200.00 | 20.00 |
| 03/30/11 | NMZ | Prepare and file proof of service for Notice of FIling and instruct staff to serve. | 0.20 | 90.00 | 18.00 |
| 03/31/11 | GJE | Meet with Ms. N. Zuidema to discuss budget issues. Draft revisions to correspondence to client regardign budget and request to inform of any income changes. | 0.20 | 200.00 | 40.00 |
| 04/01/11 | GJE | Meet with NMZ to review possible necessary amendment regarding schedule I & J. | 0.10 | 200.00 | 20.00 |
| 04/01/11 | SJK | Draft correspondence to clients regarding 341 meeting date, time, and location. | 0.20 | 90.00 | 18.00 |
| 04/04/11 | GJE | Review multiple claims filed by Discover Bank; Review schedules to verify treatment. | 0.10 | 200.00 | 20.00 |
| 04/04/11 | GJE | Review Trustee Report and initial creditor filings and treatment; Meet with Paralegal to discuss Trustees issues and document requirement from client; Direct follow up. | 0.10 | 200.00 | 20.00 |
| 04/04/11 | GJE | Receive correspondence fro Saxon Mortgage regarding work out options; Direct correspondence to client. | 0.10 | 200.00 | 20.00 |
| 04/04/11 | GJE | Receive documents from court regarding nondeliverable notice to Fannie Mae; Meet with Paralegal to direct follow up and correction. | 0.10 | 200.00 | 20.00 |
| 04/04/11 | GJE | Review documents for review by Trustee; Meet with Paralegal; Finalize correspondence to Trustee. | 0.10 | 200.00 | 20.00 |
| 04/04/11 | NMZ | Draft correspondence and prepare documents to send to Trustee for 341 Meeting. | 0.30 | 90.00 | 27.00 |
| 04/06/11 | GJE | Meet with Nicole Z. to review budget issues. Revise correspondence to client to address 341 meeting issues and possible budget issues. | 0.10 | 200.00 | 20.00 |
| 04/06/11 | NMZ | Draft correspondence to client with Trustee's 341 letter. | 0.20 | 90.00 | 18.00 |

September 7, 2011                                                                                                                                  Page 5
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/11 | NMZ | Draft correspondence to client with mortgage company proof of claim. | 0.20 | 90.00 | 18.00 |
| 04/08/11 | GJE | Review claim filed by Saxon Mortgage. Review scheduled treatment to compare amounts. | 0.10 | 200.00 | 20.00 |
| 04/08/11 | GJE | Review mortgage claim arrears breakdown and attachments. Discuss with paralegal. Draft revisions to correspondence to client regarding mortgage claim, arrears, plan treatment and claim review. | 0.20 | 200.00 | 40.00 |
| 04/12/11 | GJE | Received correspondence from USAA mortgage creditor regarding treatment in Chapter 13 plan and possible work out option; Direct to client for review. | 0.10 | 200.00 | 20.00 |
| 04/13/11 | GJE | Receive correspondence from Ally Financial regarding treatment of vehicle claim and valuation dispute. Review plan to check treatment and value proposed. Meet with paralegal to review follow up. | 0.20 | 200.00 | 40.00 |
| 04/13/11 | GJE | Review claim filed by Ally Financial regarding vehicle claim. Review scheduled treatment and verify disputed valuation. Discuss with paralegal. | 0.10 | 200.00 | 20.00 |
| 04/18/11 | GJE | Meet with paralegal to review potential change in client income based on unemployment. Direct paralegal to follow up with client. | 0.10 | 200.00 | 20.00 |
| 04/20/11 | GJE | Meet with paralegal to discuss updates from client regarding value and condition of vehicle for response to Ally value dispute. | 0.10 | 200.00 | 20.00 |
| 04/22/11 | GJE | Review Motion for Relief filed by mortgage company Fannie Mae for Mount Pleasant property. Discuss with paralegal. | 0.10 | 200.00 | 20.00 |
| 04/22/11 | GJE | Review student loan claim for Chase Student Loans. Verify treatment. Direct correspondence to client client for review and to verify understanding regarding non-dischargability of student loans. | 0.10 | 200.00 | 20.00 |
| 04/25/11 | GJE | Meet with paralegal to review updates from client regarding status of income and unemployment continuation. | 0.10 | 200.00 | 20.00 |

September 7, 2011                                                                                                                 Page 6
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/11 | GJE | Verify receipt of escrow payment from client for upcoming roof repair. | 0.10 | 200.00 | 20.00 |
| 04/26/11 | GJE | Review plan to check treatment of estimated roof repair. Meet with paralegal to discuss. | 0.10 | 200.00 | 20.00 |
| 04/27/11 | GJE | Review Motion for Relief details from Real Property, discuss with paralegal and revise correspondence to client. | 0.10 | 200.00 | 20.00 |
| 04/28/11 | GJE | Review claim with paralegal and revise correspondence to to client regarding treatment of student loan claim to provide interest will not be included in 100% payoff. Discuss student loan treatment with paralegal. | 0.20 | 200.00 | 40.00 |
| 04/28/11 | GJE | Receive and review case status report from Trustee with list of issues, questions for Debtor and attorney, and list of requested amendments and documents; Review all issues and notes for paralegal. | 0.20 | 200.00 | 40.00 |
| 04/29/11 | GJE | Review document list requested by Trustee with NMZ. Direct email to Client with document updates. | 0.10 | 200.00 | 20.00 |
| 04/29/11 | GJE | Review Chapter 13 Plan feasibility with NMZ to discuss Trustee estimated length over 60 months. Review basis for Liquidation Plan due to VA pension claim. | 0.20 | 200.00 | 40.00 |
| 05/02/11 | GJE | Meet with SRR to review call from client regarding meeting and upcoming U.A. administration information. | 0.10 | 200.00 | 20.00 |
| 05/02/11 | GJE | Review file notes and Pleadings to prepare for 341 Meeting of Creditors. Review case issues. | 0.30 | 200.00 | 60.00 |
| 05/02/11 | GJE | Travel to 341 Meeting of Creditors. Meet with client, await case call. Appear on record and review case issues with Trustee. Return to office and follow up with paralegal. | 1.50 | 200.00 | 300.00 |
| 05/02/11 | SRR | Telephone call with client regarding 341 Hearing and case issues. | 0.10 | 90.00 | 9.00 |
| 05/03/11 | GJE | Meet with paralegal to review Schedule D issues and necessary Amendment to Plan regarding inclusion of two secured vehicles. Review insurance policy paying loan. Review Schedule and direct paralegal to follow up. | 0.20 | 200.00 | 40.00 |

September 7, 2011 Page 7
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/11 | SRR | Meet with Attorney Ekdahl to review results of 341 Hearing. review follow up. | 0.20 | 90.00 | 18.00 |
| 05/03/11 | SRR | Draft extensive amendment to Chapter 13 plan to provide treatment for VA Pension distribution, step plan for 401K loan, clarify treatment for student loan creditor and provide treatment for motorcycle and quad.  Draft amended Schedules B and C and D to provide value of VA pension distribution and treatment for motorcycle and quad. | 0.80 | 90.00 | 72.00 |
| 05/04/11 | GJE | Review draft of amended Chapter 13 Plan to provide for step plan treatment, liquidation plan, and revised secured vehicle treatment. Meet with paralegal to direct revisions and discuss various Trustee issues resolved via Amendment. | 0.30 | 200.00 | 60.00 |
| 05/04/11 | GJE | Correspondence to client regarding Amendment to Plan regarding vehicle, liquidation and other Plan provision, and Direct follow up to 341 Meeting. | 0.20 | 200.00 | 40.00 |
| 05/04/11 | SRR | Draft Payroll order.  prepare same for ECF. | 0.20 | 90.00 | 18.00 |
| 05/05/11 | GJE | Review details of Chase claim due to significant amount of claim and because of effect on 100% plan.  review schedules to verify treatment. | 0.10 | 200.00 | 20.00 |
| 05/05/11 | GJE | Review Objection to Confirmation filed by second mortgage creditor based on attempt to strip lien.  Review claimed values and schedules to compare.  review authority claimed by objecting creditor.  Correspondence to client with update regarding objection. | 0.30 | 200.00 | 60.00 |
| 05/05/11 | SRR | Review Objection to Confirmation by second mortgage. Review issues with Attorney Ekdahl. | 0.20 | 90.00 | 18.00 |
| 05/06/11 | GJE | Review memo from paralegal regarding claims register and substantial amount of unsecured claims filed in 100% plan; Review claims register and documents; Discuss with paralegal. | 0.20 | 200.00 | 40.00 |
| 05/06/11 | GJE | Draft correspondence to clients regarding claims currently filed and potential effect on 100% plan; Request to review for error and potential objections. | 0.20 | 200.00 | 40.00 |

September 7, 2011                                                                                                             Page 8
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/11 | SRR | Review each Claim filed in case and compare with Plan Pleadings and Schedules. Extensive memo to Attorney Greg Ekdahl with analysis on each Claim filed so far in case. REview Trustee Report for payments. | 1.00 | 90.00 | 90.00 |
| 05/09/11 | GJE | Review claim transfer from FIA card services to Back Bowl LLC to verify accuracy of 100% Plan. Note to file. | 0.10 | 200.00 | 20.00 |
| 05/10/11 | GJE | Review details of second mortgage creditor Objection to Confirmation. Review basis for valuation and lien strip issues pursuant to 11 USC sole and other statutory and case law authorization. Prepare email to Attorney for second mortgage company in response to Objection with position in Objection. | 0.30 | 200.00 | 60.00 |
| 05/10/11 | GJE | Received Approved Payroll Order. Meet with paralegal to discuss unique situation regarding delayed issuance of Order, effect on Plan and follow up with client regarding amounts. | 0.10 | 200.00 | 20.00 |
| 05/10/11 | GJE | REceive email from Attorney for second mortgage company regarding possible options and issues regarding Objection to Confirmation valuation. Review file support for value. Draft reply to Attorney regarding possible Stipulation. | 0.20 | 200.00 | 40.00 |
| 05/10/11 | GJE | REceive email and proposed Stipulation to Approve Order Determining Extent of Second Lien. Review proposed Stipulation. Make notes on possible revisions. Discuss with SRR. Review amounts of second mortgage and lien strip language in Plan. | 0.30 | 200.00 | 60.00 |
| 05/10/11 | GJE | Letter to client regarding Payroll Order and effect of delay in issuance and potential direct payment. | 0.10 | 200.00 | 20.00 |
| 05/10/11 | SRR | Review case via Trustee's system to review payments; Receive Payroll Order from Court; Draft correspondence to client regarding payment responsibility; Draft correspondence to client's employer regarding payroll Order and how to treat. | 0.40 | 90.00 | 36.00 |
| 05/11/11 | GJE | Revise draft of proposed Stipulation and Order from objecting second mortgage creditor. Revise to include corrected property information. Prepare signed copies. Draft email to Attorney for second mortgage company regarding revisions to Stipulation. | 0.30 | 200.00 | 60.00 |

September 7, 2011                                                                                                       Page 9
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/11 | GJE | Receive email in response from second mortgage Attorney regarding proposed revisions to Stipulation. | 0.10 | 200.00 | 20.00 |
| 05/12/11 | GJE | Meet with SRR to review phone meeting with client regarding Payroll Order not meeting Plan payment and need to pay additional amounts direct. Direct follow up. | 0.10 | 200.00 | 20.00 |
| 05/12/11 | GJE | Receive email from Trustee office regarding Confirmation Hearing updates. Direct follow up with paralegal. | 0.10 | 200.00 | 20.00 |
| 05/12/11 | SRR | Telephone call with client regarding Payroll Order and how to treat and how to make payment. | 0.10 | 90.00 | 9.00 |
| 05/13/11 | GJE | Review updated notes provided by Trustee regarding 341 and remaining case issues to achieve Confirmation. Review all notes. Meet with paralegal to discuss Trustee issues and options to resolve. Direct follow up with client. Review payments and amendments required. | 0.30 | 200.00 | 60.00 |
| 05/16/11 | GJE | Review Lift of Stay documents. Correspondence to client regarding Order Granting Relief From Stay regarding rental property and Stipulation Resolving Second Mortgage Company Objection. | 0.20 | 200.00 | 40.00 |
| 05/18/11 | GJE | Review order signed by Court regarding Extent of Stripped mortgage lien. Correspondence to client regarding Order and effect. | 0.10 | 200.00 | 20.00 |
| 05/19/11 | GJE | Receive and review Amendment information from client. Meet with paralegal to discuss and direct follow up. | 0.10 | 200.00 | 20.00 |
| 05/20/11 | GJE | Receive email from Trustee Attorney with updated Confirmation Case Analysis and Trustee notes. Review substantial list of additional Amendments and documents requested. | 0.20 | 200.00 | 40.00 |
| 05/20/11 | GJE | Meet with paralegal to discuss Confirmation status. notes, and Trustee updates. Direct follow up with client. | 0.10 | 200.00 | 20.00 |
| 05/20/11 | GJE | Meet with paralegal to review Trustee calculation if feasibility and to review effect of potential Social Security back pay. Direct email to Trustee Attorney. | 0.10 | 200.00 | 20.00 |

September 7, 2011                                                                                              Page 10
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/11 | SRR | Receive Amendment to Chapter 13 Plan and amend Schedule B,C and D; Prepare same for ECF; Prepare Proof of Service of Plan Amendment on creditor matrix; Instruct staff to serve; Prepare same for ECF. | 0.40 | 90.00 | 36.00 |
| 05/23/11 | GJE | Review file, notes, and Pleadings for May 25, 2011 Confirmation Hearing. Review memo from paralegal regarding status. Prepare for phone conference with Trustee Attorney. | 0.20 | 200.00 | 40.00 |
| 05/23/11 | GJE | Telephone conference with Trustee Attorney regarding may 25, 2011 Hearing, status, and remaining issues. | 0.10 | 200.00 | 20.00 |
| 05/23/11 | GJE | Review updated file information. Meet with paralegal to review client updates. Call Trustee Attorney to discuss updates and requested adjournment. | 0.10 | 200.00 | 20.00 |
| 05/25/11 | GJE | Travel to Bankruptcy Court to attend Confirmation Hearing. Discuss status with Trustee Attorney. Await case call. Receive Judge's decision. Return to office and follow up with paralegal. | 0.70 | 200.00 | 140.00 |
| 05/25/11 | GJE | Correspondence to client regarding follow up to May 25, 2011 Court Hearing and remaining procedure and follow up. | 0.10 | 200.00 | 20.00 |
| 05/27/11 | GJE | Receive call from client regarding results of medical determination for VA injury and potential payment timeline. Discuss payroll order issues. Discuss follow up with paralegal. | 0.20 | 200.00 | 40.00 |
| 05/27/11 | GJE | Meet with SRR to discuss call with client with information from Mrs. Brewer's employer regarding discontinuance of 401 loan repayment. Discuss follow up to correct issue. | 0.10 | 200.00 | 20.00 |
| 05/27/11 | SRR | Telephone conference with client regarding Payroll Order problems; Memo to Attorney Ekdahl regarding the same; telephone conference again with client regarding issues with pay roll Order and budget strain; Send email ti Trustee Office to advise; Receive response regarding clarification of Payroll Order treatment; Meet with Attorney Ekdahl to review case issues. | 0.60 | 90.00 | 54.00 |
| 05/31/11 | GJE | REview email from Trustee Office in response to email regarding pay roll order issue, loan repayment issues, and possible refund. | 0.10 | 200.00 | 20.00 |

September 7, 2011                                                                                          Page 11
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/31/11 | GJE | Review emails and documents from United States Attorney regarding priority of deduction payments for TSP loan and possible treatment as income. Meet to discuss with SRR and direct response to client and Trustee. | 0.20 | 200.00 | 40.00 |
| 05/31/11 | GJE | Review claim filed by USAA to determine if secured or unsecured and to verify amounts and support due to 100% Plan. | 0.10 | 200.00 | 20.00 |
| 06/01/11 | SRR | Receive email from client regarding status of unemployment income; Send responsive email. | 0.20 | 90.00 | 18.00 |
| 06/03/11 | GJE | Review email from client regarding unemployment and debtor admittance to hospital. Discuss with SRR. Direct reply. | 0.10 | 200.00 | 20.00 |
| 06/06/11 | SRR | Receive email from client regarding vehicle repairs; Send responsive email and request if received any information from employer regarding payroll Order deduction problems; Receive response; Memo to Attorney Ekdahl regarding same. | 0.40 | 90.00 | 36.00 |
| 06/08/11 | GJE | Review email from client regarding vehicle repairs and status of Payroll Order with Mrs. Brewer's employer. Meet to discuss with SRR. Direct email to client with response to vehicle repairs and Payroll Order. | 0.20 | 200.00 | 40.00 |
| 06/08/11 | GJE | Receive email from client regarding update of cost of vehicle repair. Discuss with SRR. Direct reply to client. | 0.10 | 200.00 | 20.00 |
| 06/13/11 | GJE | REceive email from client regarding TSP loan and medial expenses via payroll. review paystub attachment from client. | 0.10 | 200.00 | 20.00 |
| 06/13/11 | GJE | Draft email to client regarding response to paystub question and timing. | 0.10 | 200.00 | 20.00 |
| 06/17/11 | GJE | Review status of payment issue regarding payroll correction and direct pay portion from client. Direct paralegal to follow up. | 0.10 | 200.00 | 20.00 |
| 06/20/11 | GJE | REceive email from Trustee office regarding Confirmation Hearing update. | 0.10 | 200.00 | 20.00 |
| 06/20/11 | GJE | Receive updates case analysis notes from Trustee Attorney to prepare for June 22, 2011 Confirmation Hearing. Review documents requested and issues regarding payments and creditor matters. Meet with Paralegal to review each documents and case issues and address resolution of each. Direct follow | 0.30 | 200.00 | 60.00 |

September 7, 2011                                                                                                              Page 12
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | up. Review follow up. Review Trustee Report and payments. | | | |
| 06/20/11 | GJE | Review email from client regarding paystub. Meet to discuss with SRR. Direct email to client with request for updated pay information and Confirmation Hearing status. | 0.10 | 200.00 | 20.00 |
| 06/20/11 | GJE | Review email from client regarding paystubs, TSP and medical benefitbenifit, medical information regarding Mike and head poisoning, and potential effect on Army disability payments. Meet to discuss with SRR and direct response and follow up. | 0.20 | 200.00 | 40.00 |
| 06/20/11 | GJE | Review Trustee Notes, docuemtns, and case issues. Draft lengthy email to Trustee Attorney in response to Confirmation noted and remaining issues required. Attached documents. | 0.30 | 200.00 | 60.00 |
| 06/20/11 | SRR | Send email to client regarding update on case status. | 0.10 | 90.00 | 9.00 |
| 06/20/11 | SRR | Draft email and organize documents to be sent out to Trustee for Confirmation on June 22, 2011; Review file with Attorney Ekdahl. | 0.40 | 90.00 | 36.00 |
| 06/21/11 | GJE | REview memo from Paralegal regarding status of most recent updates and Trustee notes regarding June 22, 2011 Confirmation Hearing. review file and notes. Meet to discuss with Paralegal. Review recent correspondence. Prepare for phone confernce with Trustee Attorney. Have telephone conference with Trustee Attorney regarding Hearing. Review follow up with paralegal. | 0.40 | 200.00 | 80.00 |
| 06/21/11 | GJE | Receive email from client regarding 2006 Honda. Draft reply to client. | 0.10 | 200.00 | 20.00 |
| 06/22/11 | GJE | Travel to bankruptcy court for Confirmation hearing; await case call; receive Judge's decision; return to office and follow-up with staff. | 0.60 | 200.00 | 120.00 |
| 06/22/11 | GJE | Correspondence to client regarding 6/22/11 bankruptcy court hearing, results and remaining follow-up and case issues. | 0.20 | 200.00 | 40.00 |
| 06/23/11 | GJE | Draft correspondence to client regarding VA back pay status and issues. Detail need to obtain funds to make Plan feasible. | 0.20 | 200.00 | 40.00 |
| 06/23/11 | GJE | Receive email from client regarding ongoing VA back pay and additional lead poisoning claim. Draft reply to client. | 0.10 | 200.00 | 20.00 |

September 7, 2011                                                                                                          Page 13
Invoice 25819
8074  Brewer, Michael & Mary

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/11 | GJE | Receive confirmation order; review docket, file, trustee report, pleadings, payments, claims and overall case status; draft comprehensive correspondence to client regarding details of confirmed Chapter 13 plan and treatment of creditors and overall case issues. | 0.50 | 200.00 | 100.00 |
| 06/24/11 | SRR | Review file with Attorney Ekdahl for post confirmation review; Review case issues and amendment filed; Review next steps. | 0.40 | 90.00 | 36.00 |
| 07/01/11 | GJE | Meet with SRR to review phone call with client regarding Doctor's appointment and additional medical issues. Direct to contact client for meeting. | 0.10 | 200.00 | 20.00 |
| 07/05/11 | JMK | Review Chapter 13 Trustee's report for first distribution after confirmation; review file and Plan; letter to client with report on claims, distribution and introduce Post-confirmation Paralegals. | 0.30 | 220.00 | 66.00 |
| 07/14/11 | GJE | Receive email from client regarding status of Veteran's disability claim and possible additional claim issues. Draft reply to client regarding options and applicability to case. | 0.10 | 200.00 | 20.00 |
| 08/02/11 | GJE | Review details of Claim filed by BOA Home Loans for $29,375.28 deficiency claim and attachments because 100% Plan. | 0.10 | 200.00 | 20.00 |
| 08/04/11 | GJE | Review memo from SRR regarding claims register subsequent to bar date expiration. review Trustee report and 100% Plan analysis of Claims. Discuss with Paralegal. | 0.20 | 200.00 | 40.00 |
| 08/04/11 | SRR | Review each claim filed because CBD passed on August 1, 2011; Compare with schedules and Plan; review other Plan issues and Plan length; review payments; Detailed memo to Attorney Ekdahl regarding status of Chapter 13 Proceedings and case issues; review next steps and procedure. | 0.90 | 90.00 | 81.00 |
| 08/05/11 | SRR | Review status of claims and other case issues with Attorney Ekdahl. | 0.20 | 90.00 | 18.00 |
| 08/05/11 | GJE | Correspondence to client regarding Bar Claims Analysis, 100% Plan Treatment, and remaining Plan length estimates, Trustee procedure and claim issues. | 0.20 | 200.00 | 40.00 |

September 7, 2011  
Invoice 25819  
8074 Brewer, Michael & Mary

Page 14

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/16/11 | GJE | Receive call from client regarding possible claim against former employer. | 0.10 | 200.00 | 20.00 |
| 08/16/11 | GJE | Meet with Attorney Keller to review potential claim against former employer and requirements. Review file status. | 0.10 | 200.00 | 20.00 |
| 08/16/11 | GJE | Phone call to potential Attorney regarding contamination Claim. Phone call to client with updates. | 0.10 | 200.00 | 20.00 |
| 08/16/11 | JMK | Review of Lead Poisoning issue and possible claim to be handled by Personal Injury Counsel; Meeting with Attorney Ekdahl to review amending Pleadings. | 0.30 | 220.00 | 66.00 |
| 08/18/11 | GJE | Receive call from Attorney for potential Lead Claim. | 0.10 | 200.00 | 20.00 |
| 08/22/11 | GJE | Call from personal injury Attorney for client regarding issues and to provide Notice to Trustee. Return call. Meet with Paralegal to discuss issues and follow up. | 0.20 | 200.00 | 40.00 |
| 08/24/11 | JMK | Review case status with Paralegal and status of deficiency claims; meeting with client to review issues/lead poisoning case. | 0.30 | 220.00 | 66.00 |
| 08/29/11 | GJE | Correspondence to Trustee regarding retention of third party attorney for possible civil action based on personal injury. Discuss with Paralegal and direct email to Trustee staff. | 0.20 | 200.00 | 40.00 |
| 09/07/11 | GJE | Review itemization of time; prepare petition for fees and expenses; prepare notice to creditors; prepare proposed affidavit and order with cover letter to Court; letter to client requesting approval of fees. | 0.60 | 200.00 | 120.00 |
| | | **Total Hours and Fees** | 38.40 | | 6,070.00 |

Costs Advance by Firm on Behalf of Client